NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DONALD W. GEPHART, JR.,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2024-1358

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-1289, Judge Michael P. Allen.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                             GEPHART V. MCDONOUGH

(2)  Each side shall bear their own costs.

FOR THE COURT

March 20, 2024
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 20, 2024